UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal Case No(s): |
| | ) 7:18po9, 7:10 7:18po11 |
| v. | ) |
| | ) |
| | ) **NOTICE** |
| Stephen J. Towns | ) |

You were charged with one or more petty offenses as shown on the attached summons

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

**Date:** 01/18/2018

**Time:** 10:00am

**Location:** 210 Franklin Road SW
Poff Federal Building
Courtroom 3
Roanoke, VA 24011

Please be advised that if you do not appear as scheduled, a warrant will be issued for your arrest to be executed by the United States Marshal. If you have any questions, you may contact the Magistrate Judge's Courtroom Deputy at 540-857-5116 or the above address.

01/09/2018

JULIA C. DUDLEY, CLERK

By: Kelly Brown