# Petty Offense Minute Sheet—Roanoke Division

Defendant: Stephen J. Towns
Counsel: Waived
Hearing date: ~~1/18/2018~~ 2/15/18

PRESENT: Judge: Robert S. Ballou, U. S. Magistrate Judge
Deputy Clerk: K. Brown
Court Reporter: K. Brown/FTR
AUSA: Charlene Day
Ranger: Simon/Hanna

Time in court: 12:14 – 12:20   1A 2 min

- [x] Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
- [x] Defendant waives counsel.
- [ ] Defendant requests appointment of counsel.  ☐ FPD or CJA appointed.
- [ ] Motion for continuance by ☐ Defendant ☐ Government. Court trial continued to _____.
- [x] Motion to dismiss by ~~Defendant~~ Government - 718po10.

| CASE NO(S). | OFFENSE CHARGED | PLEA | FINDINGS/SENTENCE |
|---|---|---|---|
| 718po9 | Littering | G | TUA |
| 718po10 | Alcohol in a closed area | NC→DM | 40 hrs CS |
| 718po11 | Providing alcohol to persons under 21 | G | by 7/1/18 Cert to AUSA. Status 7/19/18. |

- [ ] Defendant sworn, questioned and advised of rights on plea of guilty. Government proffers/presents evidence to support plea and rests. Defendant sentenced. (Judgment)
- [x] Defendant sworn, questioned and advised of rights on plea of guilty. Plea taken under advisement. Defendant placed on terms and conditions and needs to report back to attorney. (Order TUA)
- [ ] Defendant sworn, questioned and advised of rights on plea of guilty. Plea taken under advisement. Defendant placed on pretrial release. (Order TUA Probation)
- [ ] Court trial held. (Judgment/Order Dismissing)

**Payment Schedule**   ☐ Today   ☐ 30 days   ☐ ____ days   ☐ other:

- [ ] Imprisonment as condition of probation  ☐ weekends as directed by BOP  ☐ immediate confinement
- [x] Defendant advised of rights on appeal
- [ ] 18 USC 3607

Aditional information:
1/18 no show. 1/29 cont'd to 2/15
2/15 TUA off completed.
Gov mt to DM 718po10. Deft states fam/members were already [illegible] when he arrived.