UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Case No.: | 7:18-PO-00009 |
| | ) | | 7:18-PO-00011 |
| STEPHEN J. TOWNS | ) | | |

## ORDER

The Defendant stands charged before this Court with a petty offense. As the result of proceedings held on this date, at which the Defendant pleaded guilty and the Government proffered evidence of the offense to the Court, I hereby **FIND** facts sufficient to find the Defendant guilty of the charged offense. I further find it proper to **TAKE UNDER ADVISEMENT** a finding of guilt and any sentencing disposition until July 19, 2018, subject to the following terms and conditions:

1. The Defendant shall complete 40 hours of community service by July 1, 2018, and provide documented proof of completion to Charlene Day, Assistant U.S. Attorney, United States Attorneys Office, 310 First Street, SW, Room 906, Roanoke VA 24008.

2. The Defendant shall not violate any federal, state or local law.

Upon satisfaction of these terms and conditions, the Court will dismiss the charges. Failure to comply with all terms and conditions set forth above may result in a finding of guilt, and a disposition subjecting Defendant to any penalties provided for under federal law.

It is so **ORDERED**.

Enter: March 5, 2018

*/s/ Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge